UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| RONALD E. HILL, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 5:18-CV-509-REW-HAI |
| DEPARTMENT OF CORRECTIONS, | ) ) | JUDGMENT |
| Respondent. | ) ) | |

\* \* \* \* \* \* \* \* \*

Consistent with the Opinion and Order entered today, and pursuant to Federal Rule of Civil Procedure 58, the Court:

(1) **ENTERS JUDGMENT** in favor of Respondent, the Department of Corrections;

(2) **DISMISSES** the petition (DE #1) **WITH PREJUDICE**;

(3) **DENIES** issuance of a certificate of appealability; and

(4) **STRIKES** this matter from the Court's active docket.

This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 26th day of November, 2018.

Signed By:
*Robert E. Wier*
United States District Judge